JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No.: 2:20-cv-00817-JAK-AFM |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 24)** |
| TORRID, LLC, et al., | |
| Defendants. | |

Based on a review of the Stipulation to Dismiss Action with Prejudice, sufficient good cause has been shown. Therefore, the Stipulation is **APPROVED**, and the action is dismissed with prejudice. Each of the parties will each bear its respective costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 13, 2020            By: _____
                                   John A. Kronstadt
                                   United States District Judge